## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

| | |
|---|---|
| United States of America, | Criminal No. 07-372 (1) (RHK/FLN) |
| Plaintiff, | **ORDER** |
| v. | |
| Darrius Edward Allen, | |
| Defendant. | |

___

Defendant's Motion for Extension of Time to File Position Pleading (Doc. No. 15) is **GRANTED**; Defendant has until January 28, 2008 to file his position pleading.

Dated: January 24, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge